1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7019
7       Fax: (415) 436-7234
        Email: Andrew.Dawson@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           ) CASE NO. 20-CR-00260 CRB
14                                     )
          Plaintiff,                   ) **NOTICE OF APPEARANCE OF ASSISTANT**
15                                     ) **UNITED STATES ATTORNEY**
     v.                                )
16                                     )
   JACK ABRAMOFF,                      )
17                                     )
                                       )
18        Defendant.                   )
                                       )
19

20      The United States Attorney Office hereby files this Notice of Appearance to advise the court that

21 Assistant United States Attorney Andrew F. Dawson appears for the United States in this case. Please

22 add him to the list of counsel appearing for the United States and please add him to the list of persons to

23 be noticed.

   DATED: June 29, 2020                        Respectfully,
24
                                                DAVID L. ANDERSON
25                                              United States Attorney

26                                              _____/s/_____
                                                ANDREW F. DAWSON
27                                              Assistant United States Attorney

28

   NOTICE OF APPEARANCE
   20-CR-00260 CRB
                                             1