UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK ABRAMOFF,<br><br>Defendant. | Case No. 3:20-cr-00260-CRB<br>Case No. 3:20-cv-02013-VC<br><br>**REASSIGNMENT ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DR, MISSOURI CITY, TEXAS, 77459<br><br>Defendant. | |

By Order of the Executive Committee, and in the interests of justice and judicial economy, the following cases will be reassigned to the Honorable Richard Seeborg for all further proceedings,

1. *United States v. Abramoff*, 20-cr-00260-CRB (filed June 25, 2020)
2. *United States v. One Parcel of Real Estate Property*, 20-cv-02013-VC (filed Mar. 23, 2020)

given their relationship with the following cases currently pending on Judge Seeborg's docket:

1. *United States v. Andrade*, 20-cr-00249-RS (filed June 22, 2020)
2. *SEC v. NAC Found., LLC*, 20-cv-04188-RS (filed June 25, 2020)
3. *SEC v. Abramoff*, 20-cv-04190-RS (filed June 25, 2020)

| | |
|---|---|
| Dated: June 30, 2020 | FOR THE EXECUTIVE COMMITEE |
| | /s/ Phyllis J. Hamilton |
| | PHYLLIS J. HAMILTON |
| | Chief Judge of the United States District Court |