| | |
|---|---|
| 1 | PAMELA DAVIS (SBN: 172870) |
|   | pdavis@winston.com |
| 2 | WINSTON & STRAWN LLP |
|   | 101 California Street, 35th Floor |
| 3 | San Francisco, CA  94111-5840 |
|   | Telephone:    (415) 591-1000 |
| 4 | Facsimile:     (415) 591-1400 |
| 5 | ERIC M. MEIRING (*pro hac application forthcoming*) |
|   | emeiring@winston.com |
| 6 | ABBE DAVID LOWELL (*pro hac application forthcoming*) |
|   | adlowell@winston.com |
| 7 | WINSTON & STRAWN LLP |
|   | 1901 L Street NW |
| 8 | Washington, DC  20036 |
|   | Telephone:    (202) 282-5722 |
| 9 | Facsimile:     (202) 282-5100 |
| 10 | Attorneys for Defendant |
|    | JACK ABRAMOFF |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00260-RS-1 |
| Plaintiff | **NOTICE OF APPEARANCE OF PAMELA DAVIS AS COUNSEL FOR DEFENDANT JACK ABRAMOFF** |
| v. | |
| JACK ABRAMOFF, | Hon. Richard Seeborg |
| Defendant | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Pamela Davis of the law firm Winston & Strawn LLP, who is a member of the bar of this Court, hereby enters her appearance in this action on behalf of Defendant, Jack Abramoff.

Dated: July 1, 2020

WINSTON & STRAWN LLP

By: */s/ Pamela Davis*
PAMELA DAVIS (SBN: 172870)
pdavis@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

ERIC M. MEIRING (*pro hac application forthcoming*)
emeiring@winston.com
ABBE DAVID LOWELL (*pro hace application forthcoming*
adlowell@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
Telephone:    (202) 282-5722
Facsimile:    (202) 282-5100

Attorneys for Defendant
JACK ABRAMOFF