# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                      ) Case No: 3:20-CR-00260-RS-1
          Plaintiff(s), )
                      ) **APPLICATION FOR**
                      ) **ADMISSION OF ATTORNEY**
      v.                 ) **PRO HAC VICE**
JACK ABRAMOFF         ) (CIVIL LOCAL RULE 11-3)
                      )
         Defendant(s). )

I, Eric Meiring , an active member in good standing of the bar of the District of Columbia , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Jack Abramoff in the above-entitled action. My local co-counsel in this case is Pamela Davis , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1901 L Street NW<br>Washington, DC 20036 | 101 California Street, 35th Floor<br>San Francisco, CA 94111-5840 |
| MY TELEPHONE # OF RECORD:<br>(202) 282-5722 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-1410 |
| MY EMAIL ADDRESS OF RECORD:<br>EMeiring@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>PDavis@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1631985 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/01/20                              /s/ Eric Meiring
                                             APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Eric Meiring is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 2, 2020

UNITED STATES DISTRICT/MAGISTRATE JUDGE