# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>JACK ABRAMOFF<br><br>Defendant(s). | Case No: 3:20-CR-00260-RS-1<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Abbe David Lowell**, an active member in good standing of the bar of **the District of Columbia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Jack Abramoff** in the above-entitled action. My local co-counsel in this case is **Pamela Davis**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1901 L Street NW<br>Washington, DC  20036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>101 California Street, 35th Floor<br>San Francisco, CA  94111-5840 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 282-5875 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-1410 |
| MY EMAIL ADDRESS OF RECORD:<br>ADLowell@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>PDavis@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **358651**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/01/20

/s/ Abbe David Lowell
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Abbe David Lowell** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 2, 2020

UNITED STATES DISTRICT/MAGISTRATE JUDGE