AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 20-CR-00260 rs |
| JACK ABRAMOFF | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/06/2020

*Jack Abramoff*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Abbe David Lowell
Printed name of defendant's attorney

*[signature]*
Judge's signature

Magistrate Judge Sallie Kim
Judge's printed name and title