UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 14, 2020    **Time:** 20 minutes    **Judge:** RICHARD SEEBORG

**Case No.**: 20-cr-00260-RS-1    **Case Name:** USA v. Jack Abramoff

**Attorney for Plaintiff:** Lloyd Farnham, Andrew Dawson
**Attorney for Defendant:** Abbe Lowell, Eric Meiring
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew    **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** n/a    **Probation Officer:** n/a

## PROCEEDINGS

Change of Plea Held by Telephone.

## SUMMARY

Court proceedings held by telephone. Due to the COVID-19 pandemic, all parties consent to proceed by telephone.  General Order 74 authorizes the Court to proceed by way of telephone or video conference hearing.  Defense counsel waives the physical appearance of defendant Jack Abramoff. The defendant is sworn and examined by the Court.  Plea Agreement was executed in open court. The defendant plead guilty to Counts One and Two of the Information in Violation of 18 U.S.C. § 371 (conspiracy) and  2 U.S.C. § 1606 (b) (Lobbying Disclosure Act).  **CASE CONTINUED TO: 11/17/2020 at 2:30 p.m.** for Status Hearing.