**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Sallie Kim | **RE:** | Jack Alan Abramoff |
| | U.S. Magistrate Judge | | |
| **FROM:** | Silvio Lugo, Chief | **Docket No.:** | 3:20-cr-00260-RS-1 |
| | U.S. Pretrial Services Officer | | |

**Date:**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Ana Mendoza | 415-436-7503 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

*Remove: Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_____*Sallie Kim*_____                    July 22, 2020
**JUDICIAL OFFICER**                    **DATE**
Magistrate Judge Sallie Kim