1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       lloyd.farnham@usdoj.gov

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          ) Case No. 20-CR-00260 RS
                                      )
14         Plaintiff,                 )
                                      ) STIPULATION TO CONTINUE STATUS
15     v.                             ) HEARING AND [PROPOSED] ORDER
                                      )
16 JACK ABRAMOFF,                     )
                                      )
17         Defendant.                 )
                                      )

18

19

20

21         The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one

22 count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b). On July 14, 2020,

23 the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates

24 continued cooperation with the government, including potential testimony at trial. At the change of plea

25 hearing on July 14, 2020, the Court set a Status Hearing for November 17, 2020.

26         The parties jointly request that the Status Hearing be continued about 120 days. The proceedings

27 in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-CR-00249 RS, are

28 continuing, and a trial date has not been set. At this time the parties are not recommending that the

Court set a sentencing date in this case, and for this reason request that the Status Hearing be continued to March 16, 2021, or a date thereafter convenient for the Court.

DATED: November 13, 2020                              Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

              /s/
LLOYD FARNHAM
ANDREW F. DAWSON
Assistant United States Attorney

WINSTON & STRAWN LLP

              /s/
ABBE D. LOWELL
ERIC M. MEIRING
Counsel for JACK ABRAMOFF

## [PROPOSED] ORDER

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for November 17, 2020 to March 16, 2021, at 2:30 p.m.

IT IS SO ORDERED.

DATED:
_____
THE HON. RICHARD SEEBORG
United States District Judge