PAMELA DAVIS (SBN: 172870)
pdavis@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

ABBE DAVID LOWELL
adlowell@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
Telephone:   (202) 282-5722
Facsimile:    (202) 282-5100

Attorneys for Defendant
JACK ABRAMOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00260-RS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAW OF COUNSEL** |
| JACK ABRAMOFF, | Hon. Richard Seeborg |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Eric M. Meiring is no longer associated with Winston & Strawn LLP and is hereby withdrawn as counsel of record for Defendant Jack Abramoff. Mr. Abramoff respectfully requests that Mr. Meiring be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel of record remain unchanged.

Dated: January XX, 2021                    WINSTON & STRAWN LLP

                                           By:  /s/ *Pamela Davis*
                                                PAMELA DAVIS (SBN: 172870)
                                                pdavis@winston.com
                                                WINSTON & STRAWN LLP
                                                101 California Street, 35th Floor
                                                San Francisco, CA  94111-5840
                                                Telephone:  (415) 591-1000
                                                Facsimile:  (415) 591-1400

                                                ABBE DAVID LOWELL
                                                adlowell@winston.com
                                                WINSTON & STRAWN LLP
                                                1901 L Street NW
                                                Washington, DC  20036
                                                Telephone:  (202) 282-5722
                                                Facsimile:  (202) 282-5100

                                                Attorneys for Defendant
                                                JACK ABRAMOFF