| | |
|---|---|
| 1 | PAMELA DAVIS (SBN: 172870) |
|   | pdavis@winston.com |
| 2 | WINSTON & STRAWN LLP |
|   | 101 California Street, 35th Floor |
| 3 | San Francisco, CA  94111-5840 |
|   | Telephone:    (415) 591-1000 |
| 4 | Facsimile:     (415) 591-1400 |
| 5 | ABBE DAVID LOWELL |
|   | adlowell@winston.com |
| 6 | WINSTON & STRAWN LLP |
|   | 1901 L Street NW |
| 7 | Washington, DC  20036 |
|   | Telephone:    (202) 282-5722 |
| 8 | Facsimile:     (202) 282-5100 |
| 9 | Attorneys for Defendant |
|   | JACK ABRAMOFF |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00260-RS |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAW OF COUNSEL** |
| JACK ABRAMOFF, | Hon. Richard Seeborg |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Eric M. Meiring is no longer associated with Winston & Strawn LLP and is hereby withdrawn as counsel of record for Defendant Jack Abramoff. Mr. Abramoff respectfully requests that Mr. Meiring be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel of record remain unchanged.

Dated: January 15, 2021               WINSTON & STRAWN LLP

                                      By:  /s/ *Pamela Davis*
                                           PAMELA DAVIS (SBN: 172870)
                                           pdavis@winston.com
                                           WINSTON & STRAWN LLP
                                           101 California Street, 35th Floor
                                           San Francisco, CA  94111-5840
                                           Telephone:  (415) 591-1000
                                           Facsimile:  (415) 591-1400

                                           ABBE DAVID LOWELL
                                           adlowell@winston.com
                                           WINSTON & STRAWN LLP
                                           1901 L Street NW
                                           Washington, DC  20036
                                           Telephone:  (202) 282-5722
                                           Facsimile:  (202) 282-5100

                                           Attorneys for Defendant
                                           JACK ABRAMOFF