1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   LLOYD FARNHAM (CABN 202231)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Andrew.Dawson@usdoj.gov

9  Attorneys for United States of America

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )  Case No. 20-CR-00260 RS
                                         )
14         Plaintiff,                    )
                                         )  STIPULATION TO CONTINUE STATUS
15     v.                                )  HEARING AND [PROPOSED] ORDER
                                         )
16  JACK ABRAMOFF,                       )
                                         )
17         Defendant.                    )
                                         )
18

19      The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one

20  count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b). On July 14, 2020,

21  the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates

22  continued cooperation with the government, including potential testimony at trial. At the change of plea

23  hearing on July 14, 2020, the Court set a Status Hearing for November 17, 2020. This Court previously

24  continued that hearing to March 16, 2021, on the parties' stipulation.

25      The parties hereby jointly request that the Status Hearing be continued approximately six

26  months. The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-

27  CR-00249 RS, are continuing, and a trial date has not been set. At this time the parties are not

28  recommending that the Court set a sentencing date in this case, and for this reason request that the Status

1  Hearing be continued to September 14, 2021, or a date thereafter convenient for the Court.

2  DATED:  March 10, 2021                                    Respectfully submitted,

   STEPHANIE M. HINDS
   Acting United States Attorney

   _____/s/_____
   LLOYD FARNHAM
   ANDREW F. DAWSON
   Assistant United States Attorney

   WINSTON & STRAWN LLP

   _____/s/_____
   ABBE D. LOWELL
   Counsel for JACK ABRAMOFF

### [PROPOSED] ORDER

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for March 16, 2021 to September 14, 2021, at 2:30 p.m.

IT IS SO ORDERED.

DATED:                                                      _____
                                                            THE HON. RICHARD SEEBORG
                                                            United States District Judge