STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 20-CR-00260 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS<br>) HEARING AND ORDER |
| JACK ABRAMOFF, | ) |
| Defendant. | ) |

    The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b). On July 14, 2020, the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates continued cooperation with the government, including potential testimony at trial. At the change of plea hearing on July 14, 2020, the Court set a Status Hearing for November 17, 2020. This Court previously continued that hearing to March 16, 2021, on the parties' stipulation.

    The parties hereby jointly request that the Status Hearing be continued approximately six months. The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-CR-00249 RS, are continuing, and a trial date has not been set. At this time the parties are not recommending that the Court set a sentencing date in this case, and for this reason request that the Status

STIPULATION AND [PROPOSED] ORDER    1
20-CR-00260 RS

Hearing be continued to September 14, 2021, or a date thereafter convenient for the Court.

DATED: March 10, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
LLOYD FARNHAM
ANDREW F. DAWSON
Assistant United States Attorney

WINSTON & STRAWN LLP

/s/
ABBE D. LOWELL
Counsel for JACK ABRAMOFF

## ORDER

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for March 16, 2021 to September 14, 2021, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 3/10/2021

THE HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE