1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   LLOYD FARNHAM (CABN 202231)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      andrew.dawson @ usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 20-CR-00260 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS<br>) HEARING AND [PROPOSED] ORDER |
| JACK ABRAMOFF, | ) |
| Defendant. | ) |

The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b).  On July 14, 2020, the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates continued cooperation with the government, including potential testimony at trial.  This matter is currently set for a status conference on September 14, 2021.

The parties hereby jointly request that the Status Hearing be continued approximately seven months.  The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-CR-00249 RS, are continuing, and a trial date has not been set.  At this time the parties are not recommending that the Court set a sentencing date in this case, and for this reason request that the Status Hearing be continued to March 16, 2022, or a date thereafter convenient for the Court.

STIPULATION AND [PROPOSED] ORDER             1
20-CR-00260 RS

DATED: September 2, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

___/s/___
ANDREW F. DAWSON
Assistant United States Attorney

WINSTON & STRAWN LLP

___/s/___
ABBE D. LOWELL
Counsel for JACK ABRAMOFF

**[PROPOSED] ORDER**

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for September 14, 2021, to March 16, 2022 at 2:30 p.m.

IT IS SO ORDERED.

DATED: _____

THE HON. RICHARD SEEBORG
United States District Judge