STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    andrew.dawson @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-00260 RS |
|     Plaintiff, | |
|     v. | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| JACK ABRAMOFF, | |
|     Defendant. | |

The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b).  On July 14, 2020, the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates continued cooperation with the government, including potential testimony at trial.  This matter is currently set for a status conference on September 14, 2021.

The parties hereby jointly request that the Status Hearing be continued approximately seven months.  The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-CR-00249 RS, are continuing, and a trial date has not been set.  At this time the parties are not recommending that the Court set a sentencing date in this case, and for this reason request that the Status Hearing be continued to March 16, 2022, or a date thereafter convenient for the Court.

1   DATED:  September 2, 2021                    Respectfully submitted,

2                                               STEPHANIE M. HINDS
                                                Acting United States Attorney
3

4                                               _____/s/_____
                                                ANDREW F. DAWSON
5                                               Assistant United States Attorney

6                                               WINSTON & STRAWN LLP

7

8                                               _____/s/_____
                                                ABBE D. LOWELL
9                                               Counsel for JACK ABRAMOFF

10

11                              **ORDER**

12          Based on the parties' joint request, and for good cause shown, the Court continues the

13  Status Hearing currently set for September 14, 2021, to March 16, 2022 at 9:30 am.

14          IT IS SO ORDERED.

15

16

17  DATED:   9/3/2021        _____
                                                THE HON. RICHARD SEEBORG
18                                              United States District Judge

19

20

21

22

23

24

25

26

27

28