PAMELA DAVIS (SBN: 172870)
pdavis@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

ABBE DAVID LOWELL (*admitted pro hac vice*)
adlowell@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Telephone:   (202) 282-5875
Facsimile:    (202) 282-5100

Attorneys for Defendant
JACK ABRAMOFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK ABRAMOFF,<br><br>    Defendant. | CASE NO. 3:20-CR-00260-RS<br><br>**STIPULATED MOTION FOR RETURN AND RENEWAL OF PASSPORT AND [PROPOSED] ORDER**<br><br>Hon. Richard Seeborg |

Defendant Jack Abramoff, through his counsel, Winston & Strawn LLP, moves this Court, with the agreement of the United States Attorney for the Northern District of California, for an order temporarily modifying a condition of his release (the "Motion"). Specifically, he seeks permission for his counsel to return his passport to him for the sole purpose of his renewing it before it expires and then will return it to his counsel. In support of this unopposed Motion, Mr. Abramoff states as follows:

1. Because the Motion is supported by the below executed stipulation of the United States Attorney for the Northern District of California, a hearing is not necessary under Criminal Local Rule 47-4.

2.	Mr. Abramoff was charged by an Information dated June 25, 2020.

3.	He had his initial appearance and arraignment on July 6, 2020. He waived his right to prosecution by indictment and pleaded not guilty to the charges raised against him.

4.	At the arraignment, one of the conditions of release ordered by Magistrate Judge Kim was: "Defendant shall provide all passports and other travel documents to his counsel by July 13, 2020. Defendant must not travel outside the District of Maryland, District of Columbia, Eastern District of Virginia and Northern District of California. Travel outside those districts and international travel permitted with the prior approval of Pretrial Services and the U.S. Attorney's Office for the N.D. of California." (Dkt. No. 9.)

5.	Mr. Abramoff's passport will expire on May 16, 2022.

6.	According to the Government, it is recommended that individuals renew their passports "approximately nine months" before expiration.[1] As part of any passport renewal application, the applicant must also submit his most recent passport.[2]

7.	Because Mr. Abramoff's passport expires in May 2022, he now wishes to renew his passport with the U.S. Department of State prior to its expiration date, as it is much more difficult to do so if it is allowed to expire.

8.	Counsel for Mr. Abramoff currently has possession of Mr. Abramoff's passport, pursuant to the conditions of Mr. Abramoff's release.

9.	If this Motion is granted, counsel for Mr. Abramoff would return the expiring passport to Mr. Abramoff solely for the purpose of its renewal and would supervise that activity.

10.	Mr. Abramoff would bring or submit his expiring passport to the U.S. Department of State, or an appropriate agency thereof, including the U.S. Passport Services or the National Passport Processing Center, in connection with his passport renewal application.

11.	The Government has informed counsel for Mr. Abramoff that it consents to Mr.

---

[1] USAGov, "Getting or Renewing a U.S. Passport," *available at* https://www.usa.gov/passport#item-34907 (last accessed August 30, 2021) ("Tips on When to Renew Your Passport: Renew your passport approximately nine months before it expires.").

[2] *Id.* (last accessed August 30, 2021) ("Items You Need to Renew Your Passport: . . . Your most recent passport.").

Abramoff's renewal of his passport, so long as Mr. Abramoff agrees to return promptly the renewed passport to his counsel once it is received.

12. Mr. Abramoff agrees to return promptly to his counsel the renewed passport that he anticipates receiving.

13. Mr. Abramoff requests a court order directing that his expiring passport be returned to him, and that the U.S. Department of State, or an appropriate agency thereof, accept and process his passport renewal application. A proposed order is attached herewith.

WHEREFORE, Defendant Jack Abramoff respectfully asks this Court to grant his Motion, specifically: (i) allowing his counsel to return his expiring passport to him; and (ii) directing Mr. Abramoff to return his renewed passport to his counsel within two business days of its renewal and return to him.

Dated:  September 9, 2021

Respectfully submitted,

By: */s/ Abbe David Lowell*
Abbe David Lowell
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Telephone: (202) 282-5875
Email: ADLowell@winston.com

Pamela Davis
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1410
Email: PDavis@winston.com

*Attorneys for Defendant Jack Abramoff*

**IT IS SO STIPULATED.**

Dated:  September 9, 2021

Stephanie Hinds
Acting United States Attorney
Northern District of California

*/s/ Andrew F. Dawson*
Andrew F. Dawson
Assistant United States Attorney

**FILER'S ATTESTATION**

I, Abbe David Lowell, the filer of this document, attest that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature on the document.

                    */s/ Abbe David Lowell*
                    Abbe David Lowell

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>JACK ABRAMOFF,<br><br>  Defendant. | CASE NO. 3:20-CR-00260-RS<br><br>**[PROPOSED] ORDER RE: RETURN AND RENEWAL OF PASSPORT**<br><br>Hon. Richard Seeborg |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

It is hereby ORDERED that:

1. Counsel for Defendant Jack Abramoff shall return Mr. Abramoff's passport to him so that Mr. Abramoff may apply for its renewal.

2. Mr. Abramoff is ordered to return his renewed passport to his counsel within two business days of its renewal and return to Mr. Abramoff.

**IT IS SO ORDERED.**

Dated: September ___, 2021

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge