UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00260-RS |
| Plaintiff, | **[PROPOSED] ORDER RE: RETURN AND RENEWAL OF PASSPORT** |
| v. | Hon. Richard Seeborg |
| JACK ABRAMOFF, | |
| Defendant. | |

It is hereby ORDERED that:

1. Counsel for Defendant Jack Abramoff shall return Mr. Abramoff's passport to him so that Mr. Abramoff may apply for its renewal.

2. Mr. Abramoff is ordered to return his renewed passport to his counsel within two business days of its renewal and return to Mr. Abramoff.

**IT IS SO ORDERED.**

Dated: September ___, 2021

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge