1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   ROSS WEINGARTEN (NYBN 5236401)
5  Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         FAX: (415) 436-7234
8        andrew.dawson@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )  Case No. 20-CR-00260 RS
                                         )
14        Plaintiff,                     )
                                         )  STIPULATION TO CONTINUE STATUS
15     v.                                )  HEARING AND [PROPOSED] ORDER
                                         )
16  JACK ABRAMOFF,                       )
                                         )
17        Defendant.                     )
                                         )
18  _____

19        The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one

20  count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b).  On July 14, 2020,

21  the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates

22  continued cooperation with the government, including potential testimony at trial.  This matter is

23  currently set for a status conference on March 15, 2022.

24        The parties hereby jointly request that the Status Hearing be continued approximately six

25  months.  The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-

26  CR-00249 RS, are continuing, and a trial date has not yet been set.  At this time the parties are not

27  recommending that the Court set a sentencing date in this case, and for this reason request that the Status

28  Hearing be continued to October 4, 2022, or a date thereafter convenient for the Court.

STIPULATION AND [PROPOSED] ORDER            1
20-CR-00260 RS

1  DATED:  March 1, 2022                                    Respectfully submitted,

2                                                           STEPHANIE M. HINDS
                                                            United States Attorney
3

4                                                           _____/s/_____
                                                            ANDREW F. DAWSON
5                                                           ROSS WEINGARTEN
                                                            Assistant United States Attorneys
6

7                                                           WINSTON & STRAWN LLP

8

9                                                           _____/s/_____
                                                            ABBE D. LOWELL
10                                                          Counsel for JACK ABRAMOFF

11

12                                **[PROPOSED] ORDER**

13        Based on the parties' joint request, and for good cause shown, the Court continues the Status

14  Hearing currently set for March 15, 2022, to October 4, 2022 at 9:30 a.m.

15        IT IS SO ORDERED.

16

17

18  DATED:                                                  _____

19                                                          THE HON. RICHARD SEEBORG
                                                            United States District Judge
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          2
20-CR-00260 RS