STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-00260 RS |
|     Plaintiff, | |
|   v. | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| JACK ABRAMOFF, | |
|     Defendant. | |

    The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b).  On July 14, 2020, the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates continued cooperation with the government, including potential testimony at trial.  This matter is currently set for a status conference on March 15, 2022.

    The parties hereby jointly request that the Status Hearing be continued approximately six months.  The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-CR-00249 RS, are continuing, and a trial date has not yet been set.  At this time the parties are not recommending that the Court set a sentencing date in this case, and for this reason request that the Status Hearing be continued to October 4, 2022, or a date thereafter convenient for the Court.

DATED:  March 1, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
ANDREW F. DAWSON
ROSS WEINGARTEN
Assistant United States Attorneys

WINSTON & STRAWN LLP

/s/
ABBE D. LOWELL
Counsel for JACK ABRAMOFF

## ORDER

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for March 15, 2022, to October 4, 2022 at 9:30 a.m.

IT IS SO ORDERED.

DATED:  March 1, 2022

THE HON. RICHARD SEEBORG
United States District Judge