PAMELA DAVIS (SBN: 172870)
pdavis@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

ABBE DAVID LOWELL (*admitted pro hac vice*)
adlowell@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Telephone: (202) 282-5875
Facsimile: (202) 282-5100

Attorneys for Defendant
JACK ABRAMOFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00260-RS |
| Plaintiff, | **STIPULATED MOTION FOR TRAVEL AND [PROPOSED] ORDER** |
| v. | |
| JACK ABRAMOFF, | |
| Defendant. | |

Defendant Jack Abramoff, through his counsel, Winston & Strawn LLP, moves this Court, with the agreement of the United States Attorney for the Northern District of California, for an order temporarily modifying a condition of his release (the "Motion"). Specifically, he seeks permission for his counsel to return his passport to him for purpose of attending a critical business meeting in Ghana. In support of this unopposed Motion, Mr. Abramoff states as follows:

1. Because the Motion is supported by the below executed stipulation of the United States Attorney for the Northern District of California, a hearing is not necessary under Criminal Local Rule 47-4.

2. Mr. Abramoff was charged by an Information dated June 25, 2020.

3. He had his initial appearance and arraignment on July 6, 2020. He waived his right to prosecution by indictment and pleaded not guilty to the charges raised against him.

4. At the arraignment, one of the conditions of release ordered by Magistrate Judge Kim was: "Defendant must not travel outside the District of Maryland, District of Columbia, Eastern District of Virginia and Northern District of California. Travel outside those districts and international travel permitted with the prior approval of Pretrial Services and the U.S. Attorney's Office for the N.D. of California." (Dkt. No. 9.) The conditions of release were later modified to remove the condition that Defendant submit to supervision by Pretrial Services. (Dkt. No. 16.)

5. Mr. Abramoff is currently working with a company in Ghana and his presence was requested at critical business meetings taking place from August 1, 2022 to August 3, 2022 in Accra, Ghana. *See* Exhibit 1.

6. As noted above, Mr. Abramoff is no longer being supervised by Pretrial Services. The U.S. Attorney's Office for the N.D. of California has informed counsel for Mr. Abramoff that is consents to this travel.

7. Counsel for Mr. Abramoff currently has possession of Mr. Abramoff's passport, pursuant to the conditions of Mr. Abramoff's release.

8. If this Motion is granted, counsel for Mr. Abramoff would return the passport to Mr. Abramoff solely for the purpose of this business trip.

9. Mr. Abramoff agrees to return promptly to his counsel the passport after he returns.

10. Mr. Abramoff requests a court order directing that his passport be returned to him, and that he is permitted to travel to the critical business meetings. A proposed order is attached herewith.

WHEREFORE, Defendant Jack Abramoff respectfully asks this Court to grant his Motion, specifically: (i) allowing his counsel to return his passport to him; and (ii) allowing Mr. Abramoff to travel to Ghana for a critical business meeting.

Dated: July 26, 2022

Respectfully submitted,

By:   */s/ Abbe David Lowell*
Abbe David Lowell
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Telephone: (202) 282-5875
Email: ADLowell@winston.com

Pamela Davis
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1410
Email: PDavis@winston.com

*Attorneys for Defendant Jack Abramoff*

**IT IS SO STIPULATED.**

Dated: July 26, 2022

Stephanie Hinds
Acting United States Attorney
Northern District of California

*/s/ Andrew F. Dawson*
Andrew F. Dawson
Assistant United States Attorney

**FILER'S ATTESTATION**

I, Abbe David Lowell, the filer of this document, attest that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature on the document.

                                            */s/ Abbe David Lowell*
                                              Abbe David Lowell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00260-RS |
| Plaintiff, | **[PROPOSED] ORDER RE: TRAVEL** |
| v. | Hon. Sallie Kim |
| JACK ABRAMOFF, | |
| Defendant. | |

It is hereby ORDERED that:

1. Defendant Jack Abramoff is permitted to travel to Ghana from July 31, 2022 to August 4, 2022 for business meetings.

2. Mr. Abramoff is ordered to return his passport to his counsel within two business days of his return.

**IT IS SO ORDERED.**

Dated: July ___, 2022

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge