# EXHIBIT 1



## Galactic Resources

400 Rella Boulevard
Suite 301
Suffern, NY 10901

July 20, 2022

To Whom It May Concern,

Jack Abramoff has been working with our company since last year and is presently managing our carbon reduction programs. In this capacity, Jack's presence is required at very urgent and important meetings to take place Monday, August 1, 2022 through Wednesday August 3, 2022 in Accra, Ghana.

It is our urgent request that he kindly be permitted to travel to this destination for these meetings, as they are vital to our company and this project.

Our office will be arranging his flights once his travel has been approved.

Thank you for your kind consideration.

Yours,

Allan Silber
Galactic Litigation Partners