# EXHIBIT 1



San Juan Puerto Rico, Agost 05, 2022
**Oficio No. AADECC-0102-2022**

To Whom It May Concern:

I am a member of the board of the Association of Mayors of Central America and the Caribbean. We are hosting a conference of our organization in Puerto Rico on September 5-8, 2022. We have invited Jack Abramoff to be a featured speaker at this event and further request him to meet with a number of the mayors from Honduras to further a program of carbon sequestration to fight the impact of climate change.

Our organization will be providing all transportation for Mr. Abramoff, as well as accommodations at the Sheraton Puerto Rico Hotel (200 Convention Blvd San Juan, PR 00907). The conference will take place at the Puerto Rico Manufacturers Association (Centro Internacional de Mercadeo, Torre II, Ofic. 702, 90 Carr. 165, Guaynabo, PR 00968).

We anticipate Mr. Abramoff traveling to Puerto Rico from Washington, DC on Tuesday, September 6, 2022 and returning to Washington, DC on Thursday, September 8, 2022.

We appreciate your kind consideration of this urgent request.

Sincerely yours,

Martin Vasquez
President
Association of Mayors of Central America and the Caribbean

Cc: Archivo