PAMELA DAVIS (SBN: 172870)
pdavis@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

ABBE DAVID LOWELL (*admitted pro hac vice*)
adlowell@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Telephone:   (202) 282-5875
Facsimile:    (202) 282-5100

Attorneys for Defendant
JACK ABRAMOFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00260-RS |
| Plaintiff, | **STIPULATED MOTION FOR TRAVEL AND ORDER** |
| v. | |
| JACK ABRAMOFF, | |
| Defendant. | |

Defendant Jack Abramoff, through his counsel, Winston & Strawn LLP, moves this Court, with the agreement of the United States Attorney for the Northern District of California, for an order temporarily modifying a condition of his release (the "Motion"). Specifically, he seeks permission to travel to Puerto Rico to attend business meetings with officials from Honduras, as well as speak at a conference about climate change. In support of this unopposed Motion, Mr. Abramoff states as follows:

1. Because the Motion is supported by the below executed stipulation of the United States Attorney for the Northern District of California, a hearing is not necessary under Criminal Local Rule 47-4.

2. Mr. Abramoff was charged by an Information dated June 25, 2020.

3. He had his initial appearance and arraignment on July 6, 2020. He waived his right to prosecution by indictment and pleaded not guilty to the charges raised against him. At the arraignment, one of the conditions of release ordered by Magistrate Judge Kim was: "Defendant must not travel outside the District of Maryland, District of Columbia, Eastern District of Virginia and Northern District of California. Travel outside those districts and international travel permitted with the prior approval of Pretrial Services and the U.S. Attorney's Office for the N.D. of California." (Dkt. No. 9.)

4. On July 14, 2020, he pled guilty to the charges raised against him and is now awaiting sentencing. (Dkt. 15).

5. On July 22, 2020, the conditions of release were later modified to remove the condition that Defendant submit to supervision by Pretrial Services. (Dkt. No. 16.)

6. Mr. Abramoff's presence was requested to meet with officials from Honduras to discuss a carbon sequestration reforestation project. *See* Exhibit 1. In addition, Mr. Abramoff was asked to serve as a featured speaker at a conference of the Association of Mayors of Central America and the Caribbean from September 6 to September 8, 2022 in Puerto Rico on issues related to his business endeavors. *See id.*

7. As noted above, Mr. Abramoff is no longer being supervised by Pretrial Services. The U.S. Attorney's Office for the N.D. of California has informed counsel for Mr. Abramoff that is consents to this travel.

8. Mr. Abramoff requests a court order directing that he is permitted to travel to Puerto Rico. A proposed order is attached herewith.

WHEREFORE, Defendant Jack Abramoff respectfully asks this Court to grant his Motion allowing Mr. Abramoff to travel to Puerto Rico for a business meeting.

Dated: August 18, 2022

                              Respectfully submitted,

                              By: */s/ Abbe David Lowell*
                                  Abbe David Lowell

WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Telephone: (202) 282-5875
Email: ADLowell@winston.com

Pamela Davis
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1410
Email: PDavis@winston.com

*Attorneys for Defendant Jack Abramoff*

**IT IS SO STIPULATED.**

Dated:  August 18, 2022

Stephanie Hinds
Acting United States Attorney
Northern District of California

*/s/ Andrew F. Dawson*
Andrew F. Dawson
Assistant United States Attorney

## **FILER'S ATTESTATION**

I, Abbe David Lowell, the filer of this document, attest that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature on the document.

                                         */s/ Abbe David Lowell*
                                         Abbe David Lowell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:20-CR-00260-RS |
| Plaintiff, ) | **ORDER RE: TRAVEL** |
| v. ) | Hon. Sallie Kim |
| JACK ABRAMOFF, ) | |
| Defendant. ) | |

It is hereby ORDERED that:

1. Defendant Jack Abramoff is permitted to travel to Puerto Rico from September 6, 2022 to September 8, 2022 for a conference.

**IT IS SO ORDERED.**

Dated: August 19, 2022

*Sallie Kim*

THE HONORABLE SALLIE KIM
United States Magistrate Judge