1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   ROSS WEINGARTEN (NYBN 5236401)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      FAX: (415) 436-7234
8     andrew.dawson@usdoj.gov

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            )  Case No. 20-CR-00260 RS
                                        )
14         Plaintiff,                   )
                                        )  STIPULATION TO CONTINUE STATUS
15     v.                               )  HEARING AND [PROPOSED] ORDER
                                        )
16 JACK ABRAMOFF,                       )
                                        )
17         Defendant.                   )
                                        )

18

19     The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one

20 count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b).  On July 14, 2020,

21 the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates

22 continued cooperation with the government, including potential testimony at trial.  This matter is

23 currently set for a status conference on October 4, 2022.

24     The parties hereby jointly request that the Status Hearing be continued approximately two

25 months.  The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-

26 CR-00249 RS, are continuing, and a trial date has been set for August 2023.  At this time the parties are

27 not recommending that the Court set a sentencing date in this case, and for this reason request that the

28 Status Hearing be continued to December 6, 2022, or a date thereafter convenient for the Court.

STIPULATION AND [PROPOSED] ORDER          1
20-CR-00260 RS

DATED: October 3, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
ANDREW F. DAWSON
ROSS WEINGARTEN
Assistant United States Attorneys

WINSTON & STRAWN LLP

/s/
ABBE D. LOWELL
Counsel for JACK ABRAMOFF

# [PROPOSED] ORDER

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for October 4, 2022, to December 6, 2022 at 9:30 a.m.

IT IS SO ORDERED.

DATED:

THE HON. RICHARD SEEBORG
United States District Judge