STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-00260 RS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |
| JACK ABRAMOFF, | |
| Defendant. | |

    The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b). On July 14, 2020, the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates continued cooperation with the government, including potential testimony at trial. This matter is currently set for a status conference on December 6, 2022.

    The parties hereby jointly request that the Status Hearing be continued approximately six months. The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-CR-00249 RS, are continuing. There was a trial date set for August 2023, but that date has since been vacated and the trial will take place at a later date. At this time the parties are not recommending that the Court set a sentencing date in this case, and for this reason request that the Status Hearing be

1  continued to June 6, 2023, or a date thereafter convenient for the Court.

2

3  DATED:  December 5, 2022                          Respectfully submitted,

4                                                    STEPHANIE M. HINDS
                                                     United States Attorney
5

6                                                    _____
                                                            /s/
7                                                    ANDREW F. DAWSON
                                                     ROSS WEINGARTEN
8                                                    Assistant United States Attorneys

9                                                    WINSTON & STRAWN LLP

10

11                                                   _____
                                                            /s/
12                                                   ABBE D. LOWELL
                                                     Counsel for JACK ABRAMOFF

13

14                          **[PROPOSED] ORDER**

15          Based on the parties' joint request, and for good cause shown, the Court continues the Status

16  Hearing currently set for December 6, 2022, to June 6, 2023 at 9:30 a.m.

17

18          IT IS SO ORDERED.

19

20

21  DATED:                                           _____

22                                                   THE HON. RICHARD SEEBORG
                                                     United States District Judge
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          2
20-CR-00260 RS