STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-00260 RS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| JACK ABRAMOFF, | |
| Defendant. | |

    The defendant Jack Abramoff was charged by an Information dated June 25, 2020, with one count of violating 18 U.S.C. § 371, and one count of violating 2 U.S.C. § 1606(b).  On July 14, 2020, the defendant entered a guilty plea to both counts pursuant to a plea agreement that contemplates continued cooperation with the government, including potential testimony at trial.  This matter is currently set for a status conference on December 6, 2022.

    The parties hereby jointly request that the Status Hearing be continued approximately six months.  The proceedings in a related matter, *United States v. Rowland Marcus Andrade*, Case No. 20-CR-00249 RS, are continuing.  There was a trial date set for August 2023, but that date has since been vacated and the trial will take place at a later date.  At this time the parties are not recommending that the Court set a sentencing date in this case, and for this reason request that the Status Hearing be

STIPULATION AND ORDER 20-CR-00260 RS     1

continued to June 6, 2023, or a date thereafter convenient for the Court.

DATED:  December 5, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
ANDREW F. DAWSON
ROSS WEINGARTEN
Assistant United States Attorneys

WINSTON & STRAWN LLP

_____/s/_____
ABBE D. LOWELL
Counsel for JACK ABRAMOFF

## ORDER

Based on the parties' joint request, and for good cause shown, the Court continues the Status Hearing currently set for December 6, 2022, to June 6, 2023 at 9:30 a.m.

IT IS SO ORDERED.

DATED: December 5, 2022

THE HON. RICHARD SEEBORG
United States District Judge