1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       christiaan.highsmith@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )   No. 20-cr-00260-RS-1
                                       )
14        Plaintiff,                   )   NOTICE OF SUBSTITUTION OF COUNSEL
                                       )
15     v.                              )
                                       )
16  JACK ABRAMOFF,                     )
                                       )
17        Defendant.                   )
                                       )

18
        The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise
19
   the Court that Assistant United States Attorney Christiaan Highsmith will appear in this matter in
20
   substitution of AUSA Ross E. Weingarten.  Future ECF notices should be sent to Assistant United States
21
   Attorney Highsmith with the following contact information:
22
                            AUSA Christiaan Highsmith
23                   U.S. Attorneys Office Northern District of California
                         450 Golden Gate Avenue, 11th Floor
24                          San Francisco, California 94102
                          Phone: Telephone: (415) 846-7216
25                          christiaan.highsmith@usdoj.gov

26  \\

27  \\

28
   NOTICE OF SUBSTITUTION OF COUNSEL          1                                       v. 11/1/2018
   20-cr-00260-RS-1

1  AUSA Ross E. Weingarten should be removed from the list of persons to be noticed.

2

3  DATED:  August 30, 2023                          Respectfully submitted,

4                                                   ISMAIL J. RAMSEY
                                                    United States Attorney
5

6
                                                    */s/ Christiaan H. Highsmith*
7                                                   CHRISTIAAN H. HIGHSMITH
                                                    Assistant United States Attorney
8

NOTICE OF SUBSTITUTION OF COUNSEL          2                              v. 11/1/2018
20-cr-00260-RS-1