ABBE DAVID LOWELL (*admitted pro hac vice*)
adlowell@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
Telephone:     (202) 282-5722
Facsimile:      (202) 282-5100

DANA L. COOK-MILLIGAN (SBN: 301340)
dlcook@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendant
JACK ABRAMOFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 3:20-CR-00260-RS-1** |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | Hon. Richard Seeborg |
| JACK ABRAMOFF, | |
| Defendant | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1(c)(2)(C), Defendant Jack Abramoff substitutes Dana L. Cook-Milligan (Bar No. 301340) of Winston & Strawn LLP as counsel of record in place of Pamela Davis.  Pamela Davis is no longer associated with Winston & Strawn LLP.  All other counsel of record for Defendant Jack Abramoff remains unchanged.

Dated:  August 2, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Dana L. Cook-Milligan
ABBE DAVID LOWELL (*admitted pro hac vice*)
adlowell@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
Telephone:      (202) 282-5722
Facsimile:       (202) 282-5100

DANA L. COOK-MILLIGAN
dlcook@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendant
JACK ABRAMOFF