1 | ABBE DAVID LOWELL (*admitted pro hac vice*)
  | adlowell@winston.com
2 | WINSTON & STRAWN LLP
  | 1901 L Street NW
3 | Washington, DC  20036
  | Telephone:    (202) 282-5722
4 | Facsimile:     (202) 282-5100

5 | DANA L. COOK-MILLIGAN (SBN: 301340)
  | dlcook@winston.com
6 | WINSTON & STRAWN LLP
  | 101 California Street, 21st Floor
7 | San Francisco, CA 94111
  | Telephone: (415) 591-1000
8 | Facsimile:  (415) 591-1400

9 | Attorneys for Defendant
  | JACK ABRAMOFF

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| UNITED STATES OF AMERICA, | **Case No. 3:20-CR-00260-RS-1** |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| JACK ABRAMOFF, | Hon. Richard Seeborg |
| Defendant | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice of the following change of address for Dana L. Cook-Milligan, effective immediately:

WINSTON & STRAWN LLP
101 California Street, **21st Floor**
San Francisco, California 94111

The telephone and facsimile numbers and e-mail addresses remain the same.

All future orders, copies of all notices, motions and other filings should be directed to the undersigned counsel at the new address.

Dated: November 13, 2024      Respectfully submitted,

                                        WINSTON & STRAWN LLP

                                        By:   */s/ Dana L. Cook-Milligan*
                                               DANA L. COOK-MILLIGAN
                                               dlcook@winston.com
                                               WINSTON & STRAWN LLP
                                               101 California Street, 21st Floor
                                               San Francisco, CA 94111
                                               Telephone: (415) 591-1000
                                               Facsimile:  (415) 591-140

                                               ABBE DAVID LOWELL (*admitted pro hac vice*)
                                               adlowell@winston.com
                                               WINSTON & STRAWN LLP
                                               1901 L Street NW
                                               Washington, DC  20036
                                               Telephone:     (202) 282-5722
                                               Facsimile:      (202) 282-5100

                                               Attorneys for Defendant
                                               JACK ABRAMOFF