ABBE DAVID LOWELL (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H ST NW
Washington, DC, 20005
Telephone: (202) 964-6110
Fax:  (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
Attorney for Defendant
JACK ABRAMOFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　V.<br><br>JACK ABRAMOFF,<br><br>　　　　Defendant. | Case No.: 3:20-CR-00260-RS-1<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>Hon. Richard Seeborg |

　　　Please take notice that, pursuant to Criminal Local Rule 44-2(B), Abbe David Lowell hereby moves to withdraw as Defendant Jack Abramoff's counsel in the above-referenced matter and respectfully requests that his appearance in this matter be terminated. Good cause exists for the withdrawal as Mr. Lowell has left his prior firm, other counsel continues to represent Mr. Abramoff, and therefore, his work is no longer needed in this case.

Dated: October 1, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*/s/ Abbe David Lowell*
　　　　　　　　　　　　　　　　　　Abbe David Lowell
　　　　　　　　　　　　　　　　　　Lowell & Associates, PLLC
　　　　　　　　　　　　　　　　　　1250 H Street NW
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 964-6110
　　　　　　　　　　　　　　　　　　alowellpublicoutreach@lowellandassociates.com
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　JACK ABRAMOFF