UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## ZOOM CRIMINAL MINUTES

**Date:** November 18, 2025    **Time:** 2:33-3:12 (39 M)    **Judge:** RICHARD SEEBORG

**Case No.:** 20-cr-00260-RS-1    **Case Name:** USA v. Jack Abramoff

**Attorney for Government:** Christiaan Highsmith
**Attorney for Defendant:** Richard Weber
**Defendant:** [X] Present by Zoom [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Karen Hom            **Court Reporter:** Andrea Bluedorn
**Interpreter:** NA                    **Probation Officer:** Brian Casai

## PROCEEDINGS

Sentencing – Held

## SUMMARY

All parties consent to appearing by Zoom video.
There are no objections to the PSR.
Court grants Government's Motion for Downward Departure.
Mr. Weber stated that he and Mr. Abramoff have reviewed the standard conditions appended to the pre-sentence report.
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Jack Abramoff is sentenced to Probation for three (3) years. This term consists of terms of three (3) years on each of Counts One (1) and Two (2), all counts to be served concurrently. Mr. Abramoff shall also abide by the standard and special conditions as stated in the J&C.

SAF: $200.00 Restitution: $2,203,920.29 jointly and severally with the defendant in the related case, Rowland Marcus Andrade, until full restitution is paid.  FINE: Waived.