| PROB 22 (Rev. 04/24) | | DOCKET NUMBER *(Tran. Court)* 0971 3:20CR00260 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of California | DIVISION San Francisco |
|---|---|---|
| Jack Abramoff | NAME OF SENTENCING JUDGE The Honorable Richard Seeborg Chief United States District Judge | |
| Silver Spring, Maryland | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/18/25 | TO 11/17/28 |

**OFFENSE**

Count One: Conspiracy 18 U.S.C. § 371
Count Two: Lobbying Disclosure Act 2 U.S.C. §§ 1603(a) and 606(b)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Abramoff intends to remain in Maryland, where he has established residence and employment.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   California

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Maryland   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 6, 2026
*Date*

*/s/ Richard Seeborg*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

Prepared by: ME